UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MADSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. VIRGA, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-1855 WBS KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  March 23, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mads1855.59